## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| STEVEN DAQUILA AND GRACE DAQUILA, Plaintiff(s), -against- 1 WORLD TRADE CENTER, L.L.C., et al. Defendant(s). | 21 MC 103 (AKH) 06-CV-08756 (AKH) |



IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims by Plaintiff(s) against Brookfield Office Properties Inc., Brookfield Asset Management Inc., Brookfield Properties OLP Co. LLC (f/k/a BFP One Liberty Plaza Co. LLC), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC (f/k/a WFP Tower A Co. L.P.), Brookfield Properties One WFC G.P. Corp.(f/k/a WFP Tower A Co. G.P. Corp.), WFP Tower B Co. L.P., WFP Tower B. Co. G.P. LLC (f/k/a WFP Tower B Co. G.P. Corp.), BFP Tower C Co. LLC, BFP Tower C MM LLC, WFP Tower D Co. L.P., WFP Tower D Co. G.P. LLC (f/k/a WFP Tower D Co. G.P. Corp.) and WFP Retail Co. L.P.; Battery Park City Authority; and BMS Catastrophe, Inc. s/h/a Blackmon-Mooring-Steamatic Catastrophe, Inc. d/b/a BMS Catastrophe; and Hillmann Entities including but not limited to Hillmann Environmental Group, LLC, only, arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work, rescue/recovery, operations, destruction or removal of documents and other physical objects, scanning and preservation of documents and other physical objects, evaluation,

abatement, remediation, construction, deconstruction, testing, excavation and demolition operations, on and/or after September 11, 2001, at the premises located at 200 Liberty Street ("One World Financial Center") in New York, New York, are voluntarily dismissed with prejudice; and

    2    The dismissal is without costs.

Date: New York, New York
     February 29 , 2016

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Paul Napoli, Esq.
Christopher R. LoPalo, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118
Main: 212.267.3700
Facsimile: 212.587.0031
E-mail: pnapoli@napolibern.com

*Counsel to Plaintiff(s)*

FAUST GOETZ SCHENKER & BLEE, LLP

By: _____
William J. Smith
Cory Frank
Two Rector Street, 20th Floor
New York, NY 10006
Main: 212.363.6900
Facsimile: 212.363.1090
E-mail: wsmith@fgsb.com,
cfrank@fgsb.com

*Counsel to Brookfield Office Properties Inc. Brookfield Asset Management Inc., Brookfield Properties OLP Co. LLC (f/k/a BFP One Liberty Plaza Co. LLC), Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co LLC (f/k/a WFP Tower A Co. L.P.), Brookfield Properties One WFC G.P. Corp. (f/k/a WFP Tower A Co. G.P. Corp.), WFP Tower B Co. L.P.; WFP Tower B. Co. G.P. LLC (f/k/a WFP Tower B Co. G.P. Corp.), BFP Tower C Co. LLC, BFP Tower C MM LLC, WFP Tower D Co. L.P., WFP Tower D. Co. G.P. LLC (f/k/a WFP Tower D Co. G.P. Corp.) and WFP Retail Co. L.P.; and Battery Park City Authority*

METHFESSEL & WERBEL

By: ______________________

Frank J. Keenan
2025 Lincoln Highway, Suite 200
Edison, NJ 08818
Main: 732.248.4200
Facsimile: 732.248.2355
E-mail: keenan@methwerb.com

*Counsel to BMS Catastrophe, Inc. s/h/a Blackmon-Mooring-Steamatic Catastrophe, Inc. d/b/a BMS Catastrophe*

AHMUTY DEMERS & MCMANUS

By: ______________________

Salvatore J. Calabrese
Catherine Everett
199 Water Street
New York, NY 10038
Main: (212) 513-7788
Facsimile: (212) 513-7843
Email: salvatore.calabrese@admlaw.com,
Catherine.everett@admlaw.com

*Counsel for Hillmann Entities including but not limited to Hillmann Environmental Group, LLC*

06/07